```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VALERYA McGRIFF                  :      CIVIL ACTION
                                 :
        v.                       :
                                 :
COMMONWEALTH OF PENNSYLVANIA     :
DEPARTMENT OF PUBLIC WELFARE     :      NO. 12-2967
```

ORDER

AND NOW, this 5th day of June, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

    (1)   leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is GRANTED;

    (2)   the complaint is DISMISSED with prejudice; and

    (3)   the motion of plaintiff for appointment of counsel is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.